[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 20, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-16594
Non-Argument Calendar

_____

D. C. Docket No. 04-00023-CR-5-002-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEIDRIC COOK,
a.k.a. Kiki,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(November 20, 2006)

Before TJOFLAT, HULL and FAY, Circuit Judges.

PER CURIAM:

Russell K. Ramey, appointed counsel for Keidric Cook, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Cook's sentence is **AFFIRMED**.